1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF WASHINGTON
7

| | |
|---|---|
| DIANE ELLIS, in her capacity as Personal Representative of the Estate of Russell Ellis,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　　　Defendant. | NO: 2:16-CV-368-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation of Dismissal with Prejudice, ECF No. 14. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal with Prejudice, **ECF No. 14**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** May 1, 2017.

                                            *s/ Rosanna Malouf Peterson*
                                     ROSANNA MALOUF PETERSON
                                        United States District Judge